BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
KATHRYN R. WATSON
Special Assistant United States Attorney
California Bar No. 244142
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    E-Mail: kathryn.watson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| LISA LEAYM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. 1:09cv1986 DLB <br><br> STIPULATION AND ORDER TO EXTEND TIME |

     The parties, through their respective counsel, stipulate that the time for responding to Plaintiff's Motion for Summary Judgment (Doc. # 12) be extended from August 2, 2010, to September 1, 2010.

     This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

///

///

///

///

///

///

1  Defendant needs the additional time to further review the file and prepare a response in this matter.

2

3                                              Respectfully submitted,

4

5  Dated: July 20, 2010                   /s/ Steven G. Rosales
                                             (As authorized via e-mail)

6                                            STEVEN G. ROSALES
                                           Attorney for Plaintiff

7

8  Dated: July 21, 2010                   BENJAMIN B. WAGNER
                                           United States Attorney

9                                            LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX

10                                           Social Security Administration

11

12                                           */s/ Kathryn R. Watson*
                                          KATHRYN R. WATSON
                                          Special Assistant United States Attorney

13

14

15        IT IS SO ORDERED.

        **Dated:**   **July 22, 2010**                /s/ **Dennis L. Beck**

16                                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28